IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
EL DORADO DIVISION

WALTER VANCE MOREHEAD
a/k/a Lucas Dejuan Brasier                                                                                              PLAINTIFF

v.                                              Case No. 1:24-cv-01098

NURSE STEPHANIE SHOLMES;
DAVID NORWOOD; JOHNATHAN
TUBBS; and CLARENCE CAPPS                                                                                         DEFENDANTS

**ORDER**

Before the Court is the Report and Recommendation filed March 12, 2025, by the Honorable Barry A. Bryant, United States Magistrate Judge for the Western District of Arkansas. (ECF No. 10). Judge Bryant recommends that Plaintiff's claims against Defendant David Norwood ("Defendant Norwood"), Plaintiff's official capacity claims, and Plaintiff's conditions of confinement claim be dismissed pursuant to 28 U.S.C. § 1915A(b)(1) for failure to state a claim upon which relief may be granted. (ECF No. 10, at 8). Judge Bryant also recommends that Plaintiff's excessive force and denial of medical care claims against Defendants Nurse Stephanie Sholmes ("Defendant Sholmes"), Johnathan Tubbs ("Defendant Tubbs"), and Clarence Capps ("Defendant Capps") in their individual capacity proceed for further litigation.

Plaintiff has not responded to the Report and Recommendation, and the time to do so has passed. *See* 28 U.S.C. § 636(b)(1). Upon review, finding no clear error on the face of the record and that Judge Bryant's reasoning is sound, the Court adopts the Report and Recommendation (ECF No. 10) *in toto*. Accordingly, the Court finds that Plaintiff's claims against Defendant Norwood, Plaintiff's official capacity claims, and Plaintiff's conditions of confinement claim should be and hereby are **DISMISSED WITHOUT PREJUDICE**. Plaintiff's excessive force

and denial of medical care claims against Defendant Sholmes, Defendant Tubbs, and Defendant Capps in their individual capacity may proceed for further litigation.

    **IT IS SO ORDERED**, this 7th day of April, 2025.

                                                      /s/ Susan O. Hickey
                                                      Susan O. Hickey
                                                      Chief United States District Judge