IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
EL DORADO DIVISION

WALTER VANCE MOREHEAD                                                         PLAINTIFF

v.                                         Case No. 1:24-cv-01098

NURSE STEPHANIE SHOLMES;
JOHNATHAN TUBBS; and
CLARENCE CAPPS                                                              DEFENDANTS

**ORDER**

Before the Court is a Report and Recommendation filed on December 23, 2025, by the Honorable Spencer G Singleton, United States Magistrate Judge for the Western District of Arkansas. (ECF No. 33). Judge Singleton recommends that Plaintiff's Amended Complaint be dismissed without prejudice for failure to comply with the Court's Orders and failure to prosecute this case. (ECF No. 33, at 3).

Plaintiff has not responded to the Report and Recommendation, and the time to do so has passed. *See* 28 U.S.C. § 636(b)(1). Upon review, finding no clear error on the face of the record and that Judge Singleton's reasoning is sound, the Court adopts the Report and Recommendation (ECF No. 33) *in toto*. Accordingly, the Court finds that Plaintiff's Amended Complaint should be and hereby is **DISMISSED WITHOUT PREJUDICE** for failure to comply with the Court's Orders and failure to prosecute this case.

**IT IS SO ORDERED**, this 28th day of January, 2026.

/s/ Susan O. Hickey
Susan O. Hickey
United States District Judge